UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DATE: 8/29/03

Fred E. Haynes
U.S. Attorney's Office
Room 10-445

Philip A. Bonadonna
_____

vs.

Donna E. Shalala, et al
_____

Civil Action No. 01-1101

Dear Counsel:

　　The above entitled case has been completed by the Courts and no further action is pending. Because of a lack of storage space in the Files Room, it is necessary that the administrative record filed in this case be returned to you.

　　**Before coming into the Clerk's Office please contact Bryant Johnson at (202) 354-3080 to make arrangements to pick up the administrative record.** The administrative record may be picked up in Room 1225. Records that are not picked up within 30 days will be destroyed after that time.

NANCY MAYER-WHITTINGTON, Clerk

By: Cindy Proctor

Deputy Clerk (202) 354-3120

1 Bulky

12/2/03
Destroyed